IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00618-PAB-KLM

SELFLINK, LLC, a Colorado Limited Liability Company,

     Plaintiff,

v.

BRK BRANDS, INC., d/b/a First Alert, Inc., a Delaware Corporation,

     Defendant.

_____

# ORDER OF DISMISSAL
_____

This matter is before the Court on the notice of stipulated dismissal [Docket No. 71] filed by the remaining parties in this matter, plaintiff SelfLink LLC and defendant BRK Brands, Inc., doing business as First Alert, Inc.  The parties contend that all claims between them have been dismissed by the filing of the notice.  The notice, however, was not signed by "by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties).  The Court having reviewed the notice pursuant to Fed. R. Civ. P. 41(a)(2), it is

**ORDERED** that all claims by and between plaintiff and defendant are dismissed without prejudice, each party to bear its own costs and attorneys' fees.  It is further

**ORDERED** that this case shall be closed in its entirety.

DATED October 31, 2011.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge